UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20−cv−07259−PSG−AGR | Date | 11/18/2020 |
| Title | VICTOR AGUIRRE V. VINCENT CICCARELLI ET AL | | |

| Present: | The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|---|

|  Wendy Hernandez  | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):**   ORDER TO SHOW CAUSE RE LACK OF PROSECUTION

   IT IS HEREBY ORDERED that counsel/party show cause in writing on or before  November 25, 2020  why this action should not be dismissed for lack of prosecution.  The Court will consider the filing of the following as an appropriate response to this Order to Show Cause.  Failure to respond in writing, may result in the dismissal of the entire action.

- [X]  Plaintiff to file Proof of Service of Summons and Complaint.
- [ ]  Defendant to file a Response to Complaint (Amended Complaint) along with Notice of Interested Parties pursuant to Local Rule 7.1-1 **OR** Plaintiff to file a Request for Entry of Default.
- [ ]  REMOVALS: Defendant to file copy of Response filed in state court with proper title page, as instructed on the Court's Standing Order, along with a Notice of Interested Parties (if not already filed) pursuant to Local Rule 7.1-1 **OR** Plaintiff to file a Request for Entry of Default.
- [ ]  Plaintiff to file a Request to Clerk for Entry of Default Judgment.
- [ ]  Plaintiff to file a Motion for Entry of Default Judgment.

   Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument will not be heard in this matter unless so ordered by the Court.

   Pursuant to Local Rule 5-4.5, one mandatory chambers copy of every electronically filed document must be delivered no later than 12:00 p.m. on the following business day.  Further, the mandatory chambers copy shall comply with Local Rule 11-3.

Initials of Preparer:  wm